**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

In re:                                             )        Hon. Charles E. Rendlen III
                                                   )        Ch. 13 Case No. 19-20284-705
JEREMY DUANE MAST and                              )
KARIE VIRGINA MAST,                                )
                                                   )
                        Debtors.                   )

## AMENDED MOTION BY DEBTORS TO DISMISS

COME NOW the debtors, by and through counsel, and in support of this amended motion, state to this Court, the following:

1. 11 U.S.C. § 1307(b) provides:

    > (b) On request of the debtor at any time, if the case has not been converted under section 706, 1112, or 1208 of this title, the court shall dismiss a case under this chapter.

2. This chapter 13 case has not been converted under section 706, 1112, or 1208 of Title 11.

3. Debtors have informed their undersigned counsel that they do not wish to continue on this case, for the following reasons:

    a. Debtors advised the undersigned this morning (January 6, 2020) that they recently made arrangements with their secured creditors to waive and/or cure the defaults in their payments on their secured debts,

    b. Debtors have decided that they no longer need protection from creditors, and

    c. Debtors do not believe they can make the plan payment that appears to be required in their case.

WHEREFORE, in accordance with Debtors' directions, the undersigned hereby requests on their behalf that the Court enter an Order Dismissing this case.

1

Dated:   January 6, 2020                          BOUL & ASSOCIATES, P.C.


    /s/   Harry D. Boul
Harry D. Boul, Mo.Bar #23181
One East Broadway, Suite B
Columbia, MO   65203
Voice Phone: (573) 443-7000
Fax Machine: (573) 449-6554
hboul@earthlink.net

ATTORNEY FOR DEBTORS
JEREMY DUANE MAST AND
KARIE VIRGINIA MAST